# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Jack Roscoe; Joel Duncan; Brian Thomson

**Plaintiff,**

**V.**

Ramon L. Barreiro Lebron; Jill M. Broadfoot; Anthony A. Ramos; Vijay B. Samant; Vical Incorporated

**Defendant.**

**Civil Action No.** 13cv2628-BAS(RBB)

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the Court GRANTS Defendants' Motion to Dismiss for Failure to State a Claim. Court DISMISSES WITHOUT PREJUDICE this case and the consolidated case, 13cv2653-BAS(RBB). Case is closed.

**Date:** 4/28/15

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Haslam
J. Haslam, Deputy